UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DUSTIN MORRISON,<br><br>       Plaintiff,<br><br>   v.<br><br>VETERANS MEDICAL TRANSPORT, LLC, GEORGIA MEDICAL RESPONSE, LLC, MAHAMUD FARAH and ABDILATIF KASSIM,<br><br>       Defendants. | Civil Action File No.:<br><br>1:16-cv-01129-WSD |

## **ORDER**

This matter is before the Court upon the parties' Joint Motion for Approval of Settlement for the approval of the parties' compromise of Plaintiff's claims under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.*, as amended (the "FLSA").

There are two ways in which claims raised under the FLSA may be settled and released by employees.  First, 29 U.S.C. § 216(c) allows employees to settle and waive their claims under the FLSA if the employer makes full payment of back wages to the employee under the supervision of the Secretary of Labor.  *See Lynn's*

*Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).  Second, where an alleged employee asserts claims against an alleged employer in a private lawsuit for back wages under 29 U.S.C. § 216(b), the plaintiff may settle and release the FLSA claims if the parties present the district court with a proposed settlement and the district court enters a stipulated judgment after scrutinizing the settlement for fairness.  *Id.* at 1353.

The Court has reviewed the parties' Joint Motion for Approval of Settlement and Settlement Agreement and Release submitted therewith.  The Court believes there is a bona fide dispute over application of the relevant provisions of the FLSA.  Considering this legitimate dispute, the Court believes the parties' Settlement Agreement and Release reflects a fair and reasonable resolution of Plaintiff's FLSA claims.  Moreover, the Court finds that the amount of the settlement is fair, given the allegations in the complaint and the Plaintiff's period of employment.

WHEREFORE, as the Court approves the parties proposed settlement, it is hereby **ORDERED** that the parties' Joint Motion for Approval of Settlement is **GRANTED**.

**SO ORDERED** this the 5th day of December, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE